PROB 12B
(7/93)

Report Date: April 3, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 03 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Dora De Dios Valenzuela        Case Number: 2:12CR06048-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 3/21/2012              Type of Supervision: Supervised Release

Original Offense: Conspiracy to Distribute        Date Supervision Commenced: 8/7/2012
Methamphetamine, 21 U.S.C. § 841(a)(1),
841(b)(1)(A) and 846

Original Sentence: Prison - 366 Days; TSR - 48    Date Supervision Expires: 8/6/2016
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19   You are permitted to travel to Mexico for the purpose of picking up your children and bringing them back
     to Connell, Washington. This travel should be completed no later than April 30, 2013.

### CAUSE

The defendant has two children living in Mexico with their father. At this time the defendant would request to be permitted to enter Mexico, pick up her children, and return to Connell. The defendant's children will remain with her until further notice. Both children are citizens of the United States. Both parents have agreed to this exchange of the children.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/03/2013

s/David L. McCary

David L. McCary
U.S. Probation Officer

Prob 12B
Re: Valenzuela, Dora De Dios
April 3, 2013
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

4/3/13
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

19   You are permitted to travel to Mexico for the purpose of picking up your children and bringing them back to Connell, Washington. This travel should be completed no later than April 30, 2013.

Witness: _____  Signed: _____
David L. McCary                   Dora De Dios Valenzuela
U.S. Probation Officer            Probationer or Supervised Releasee

April 2, 2013
Date